# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**BETH P. GESNER**<br>**UNITED STATES MAGISTRATE JUDGE** | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-4288**<br>**(410) 962-3844 FAX** |

November 28, 2012

Kevin M. Joyce, Esquire  
Joyce & Associates LLC  
203 Romancoke Road, Suite 90  
Stevensville, Maryland   21666

Cecilia I. Lavrin, Esquire  
311 High Street  
Cambridge, Maryland   21613

Sharon B. Benzil, Esquire  
Stephen W. Thibodeau, Esquire  
Office of the Attorney General  
Maryland Transportation Authority  
2310 Broening Highway, Suite 150  
Baltimore, Maryland   21224

> RE:   Brian McDaniel v. Officer Arnold, et al.
>        Civil Action No.:  ELH-10-0189

Dear Counsel:

Based upon my review of your ex parte letters, it does not appear that the parties have complied with the requirement on Page 2 of my letter of February 11, 2011 which states that plaintiff's counsel shall make a written settlement demand, in writing, thirty days prior to the settlement conference. Defense counsel was to respond within seven days in writing.

The parties are directed to comply with my letter order. Plaintiff is directed to provide defendant with a demand no later than the close of business on **Friday, November 30, 2012**. Defendant is directed to respond to plaintiff no later than the close of business on **Wednesday, December 5, 2012**. You are to provide me with copies of your correspondence.

Thank you for your attention to this matter.

<u>Brian McDaniel v. Officer Arnold, et al.</u>
Civil Action No.:  ELH-10-0189
November 28, 2012
Page 2

     Notwithstanding the informal nature of this letter, it is an Order of the Court and the Clerk is directed to docket it as such.

                              Very truly yours,

                              /s/
                              Beth P. Gesner
                              United States Magistrate Judge