### IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BRIAN McDANIEL, | * | |
| Plaintiff, | * | |
| v. | * | Case No. ELH-10-0189 |
| STATE OF MARYLAND, et al. | * | |
| Defendants | * | |

### JOINT STATUS REPORT

COMES NOW the Defendants, Officers Arnold and Officers Iquerido, by and through undersigned counsel, and the Plaintiff, Brian McDaniel, and files a joint status report in the above captioned case.

1. On January 28, 2013, the Court granted the parties' Joint Motion to Continue this case pending the finalization of settlement of the case.

2. As indicated on the marginal order filed by the Court, the parties were required to file a Status Report with the Court no later than March 13, 2013.

3. In the original Joint Motion to Continue, the parties had indicated that it was anticipated that the State of Maryland's Board of Public Works would consider the proposed settlement at its meeting on March 6, 2013. However, the Board of Public Works was not able to consider the settlement at that time, and it has instead been placed on the agenda for its meeting on March 20, 2013.

WHEREFORE, Plaintiff and Defendants will file another status report no later than March 22, 2013, following the scheduled consideration of the proposed settlement of by the Board of Public Works at its March 20, 2013 meeting.

    Respectfully submitted,

    DOUGLAS F. GANSLER
    ATTORNEY GENERAL OF MARYLAND

    \_\_/s/_____
    Stephen W. Thibodeau
    Assistant Attorney General
    Maryland Transportation Authority
    2310 Broening Highway
    Baltimore, Maryland 21224
    (410) 537-5681
    Trial Bar No.27253
    Attorney for Defendant

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 11th day of March, 2013, a copy of the foregoing Joint Status Report was served via ECF on: Kevin M. Joyce, Joyce and Associates LLC, 203 Romancoke Rd Ste 90, Stevensville, MD 21666, Attorneys for Plaintiff.

    \_\_/s/_____
    Stephen W. Thibodeau