## IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BRIAN McDANIEL, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No. ELH-10-0189 |
| | * | |
| STATE OF MARYLAND, et al. | * | |
| | * | |
| Defendants | * | |

## JOINT STATUS REPORT

COMES NOW the Defendants, Officers Arnold and Officers Iquerido, by and through undersigned counsel, and the Plaintiff, Brian McDaniel, and files a joint status report in the above captioned case.

1. On March 20, 2013, the State Board of Public Works approved the proposed settlement between the parties.

2. Currently, the Defendants have requested a check with the settlement funds be issued.

3. The parties anticipate that once that check is issued and forwarded to Plaintiff, Plaintiff will file a dismissal of this action with prejudice.

1

4.

        Respectfully submitted,

        DOUGLAS F. GANSLER
        ATTORNEY GENERAL OF MARYLAND

        \_\_/s/_____
        Stephen W. Thibodeau
        Assistant Attorney General
        Maryland Transportation Authority
        2310 Broening Highway
        Baltimore, Maryland 21224
        (410) 537-5681
        Trial Bar No.27253
        Attorney for Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 25th day of March, 2013, a copy of the foregoing Joint Status Report was served via ECF on: Kevin M. Joyce, Joyce and Associates LLC, 203 Romancoke Rd Ste 90, Stevensville, MD 21666, Attorneys for Plaintiff.

        \_\_/s/_____
        Stephen W. Thibodeau